**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DANIEL B. HAMBY, JR.                                                                                          PLAINTIFF

v.                                          No. 4:04CV02254 JLH

CLEARWATER CONSULTING
CONCEPTS, LLLP; CCC HOLDINGS, LLC;
LANCE TALKINGTON; and
THEODORE C. SKOKOS, JR.                                                                              DEFENDANTS

**JUDGMENT**

On the 15th day of May, 2006, this matter came before the Court for a trial by jury. Daniel B. Hamby, Jr., appeared in person and through his attorneys, Gary D. Corum and Nate Coulter. Clearwater Consulting Concepts, LLLP, CCC Holdings, LLC, Lance Talkington, and Theodore C. Skokos, Jr., appeared through their attorneys, George Randy Coleman, Jr., and Courtney McLarty. Clearwater Consulting Concepts, LLLP, also appeared through its corporate representative, Kirk Boeger. Lance Talkington and Theodore C. Skokos, Jr., appeared in person. All parties announced ready for trial.

During the trial, Daniel B. Hamby, Jr., announced that he would dismiss his claims for unjust enrichment and violation of the Arkansas Securities Act. Without objection, those claims are dismissed with prejudice.

On May 19, 2006, the jury returned verdicts as follows:

**VERDICT**
(Form 1 of 2)

1. On Dan Hamby's claim for breach of contract, we the jury find in favor of
   *Clearwater and CCC Holdings*            .
   ("Dan Hamby" or "Clearwater and CCC Holdings")
                                        * * *
                              */s/ Ben Cantrell*
                              FOREPERSON
                              DATED:   *5/19/06*

# VERDICT
(Form 2 of 2)

1. On the defendants' claim for breach of contract, we the jury find in favor of ___*Clearwater and CCC Holdings*___.
   ("Dan Hamby" or "Clearwater and CCC Holdings")

2. We find the damages to be $ *21,000* (dollar amount).

>       */s/ Ben Cantrell*
>       FOREPERSON
>       DATED:    *5/19/06*

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED, AND DECREED that Daniel B. Hamby, Jr., take nothing on his complaint against the defendants. The complaint of Daniel B. Hamby, Jr., is dismissed with prejudice.

FURTHERMORE, IT IS CONSIDERED, ORDERED, ADJUDGED, AND DECREED that on the defendants' counterclaim, judgment is entered in favor of Clearwater Consulting Concepts, LLLP, and CCC Holdings, LLC, in the amount of $21,000.00 plus pre-judgment interest at the rate of 6% per annum from January 31, 2004, through the date this judgment is entered and post-judgment interest at the rate of 5.01% per annum thereafter, for all of which judgment and execution may issue.

IT IS SO ORDERED this 19th day of May, 2006.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE